# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Corinne Ricca, | No. CV-13-00393-TUC-BPV |
| Plaintiff, | **ORDER** |
| v. | |
| McFadden/Gavender Advertising Incorporated, | |
| Defendant. | |

Plaintiff filed the complaint in this case on May 30, 2013. Fed R. Civ. P. 4(m) requires that service be made within 120 days after filing of the complaint. On November 14, 2013, more than 120 days after the filing of the complaint, the Court issued an Order to Show Cause as to why the case should not be dismissed for failure to serve. The Order to Show Cause required a response by November 27, 2013. Plaintiff has not responded.

Accordingly,

**IT IS ORDERED** that this case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to terminate this action.

Dated this 4th day of December, 2013.

_____
Bernardo P. Velasco
United States Magistrate Judge